726

*Jr.,* and *Messrs. Sewall Key, A. F. Prescott,* and *Homer R. Miller* for the United States.

No. 251. COUNTY OF WESTCHESTER ET AL. *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William A. Davidson* and *Frank J. Claydon* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman MacDonald* for the United States.

No. 254. NORTHWESTERN MUTUAL FIRE ASSOCIATION ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Corwin S. Shank* and *Horatio C. Belt* for petitioners. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 257. RUSSIAN GREEK CATHOLIC CHURCH OF ST. JOHN THE BAPTIST ET AL. *v.* McAULIFFE ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Errors of Connecticut denied. *Mr. Philip Reich* for petitioners. *Messrs. James C. Shannon, Allan E. Brosmith,* and *Thomas F. Garrahan* for respondents.

No. 260. CUMMER-GRAHAM Co. *v.* STRAIGHT SIDE BASKET CORP. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit

denied. *Mr. Langdon H. Larwill* for petitioner. *Mr. Gaius G. Gannon* for respondent.

No. 267. BANKERS MORTGAGE Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wright Matthews* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Robert N. Anderson* for respondent.

No. 272. SAULSBURY OIL Co. *v.* PHILLIPS PETROLEUM Co. ET AL.; and
No. 273. PHILLIPS PETROLEUM Co. ET AL. *v.* SAULSBURY OIL Co. October 9, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. F. H. McGregor* for petitioner in No. 272. *Messrs. H. D. Emery, Rayburn L. Foster, R. B. F. Hummer,* and *E. H. Foster* for respondents in No. 272. *Messrs. Rayburn L. Foster* and *E. H. Foster* for petitioners in No. 273.

No. 276. WEYMANN *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William A. Gray* for petitioner. *Solicitor General Fahy* and *Messrs. Thomas I. Emerson* and *David London* for the United States.

No. 277. UNITED STATES TRUST Co., EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Pe-